UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SEEMA NAYAK, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:12-cv-0817-RLY-DML |
| | ) |
| ST. VINCENT HOSPITAL AND HEALTH CARE CENTER, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO EXCLUDE
PLAINTIFF'S EXPERT TESTIMONY**

Defendant, St. Vincent Hospital and Health Care Center, Inc. ("St. Vincent"), through its undersigned counsel, moves to exclude Plaintiff Seema Nayak's proposed experts Angela Stevens, M.D., Kelly Manahan, M.D., and Suja Matthew, M.D. (collectively "Experts") pursuant to Fed. R. Evid. 702 and Fed. R. Civ. P. 37(c). In support of its motion, St. Vincent relies on the concurrently filed Brief and supporting Exhibits.

WHEREFORE, Defendant respectfully requests that this Court grant its Motion to Exclude Plaintiff's Expert Testimony.

Respectfully submitted,

 s/ Craig M. Williams
John P. Ryan
Craig M. Williams
Jarrod A. Malone
HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.
Suite 2000, Box 82064
One American Square
Indianapolis, IN  46282
Tel:  (317)633-4884/Fax: (317)633-4878

*Attorneys for Defendant St. Vincent Hospital and Health Care Center, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2014, a copy of the foregoing *Motion to Exclude Plaintiff's Expert Testimony* was filed electronically. Notice of this filing will be sent to the following party(ies) by operation of the Court's electronic filing system. The party(ies) may access this filing through the Court's system:

>Kevin W. Betz
>Sandra L. Blevins
>Benjamin C. Ellis
>Courtney E. Campbell
>BETZ + BLEVINS
>One Indiana Square, Suite 1600
>Indianapolis, IN 46204
>kbetz@betzadvocates.com
>sblevins@betzadvocates.com
>bellis@betzadvocates.com
>ccampbell@betzadvocates.com

>Respectfully submitted

>s/ *Craig M. Williams*
>Craig M. Williams, cwilliams@hallrender.com
>HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.
>Suite 2000, Box 82064
>One American Square
>Indianapolis, IN 46282
>(317) 633-4884
>(317) 633-4878 (FAX)

1577724v.1